**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09-CR-460 CAS |
| ) | |
| CATHY M. GIESEKER, ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS**

WHEREAS, the United States of America, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, and Title 21, United States Code, Section 853(p), has sought forfeiture of certain property of the above-captioned Defendant as substitute property to apply towards a money judgment;

AND WHEREAS, on February 8, 2010, the Court entered a Preliminary Order of Forfeiture that included a money judgment in favor of the United States in the amount of $27,000,000.00, which amount represented the value of the proceeds of the offense for which the Defendant was convicted, and, although the money judgment has been partially satisfied, there remains an unpaid balance of $25,788,385.68;

AND WHEREAS, pursuant to the issuance of the money judgment, and by Rule 32.2(e) of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853(p), the United States is entitled to an order forfeiting other property of the Defendant as a substitute for the unavailable property ordered forfeited to fulfill the remaining balance of the judgment;

Accordingly,

**IT IS HEREBY ORDERED**:

1. That the following property belonging to Defendant is hereby forfeited to the United States for the disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853:

   a. $7,216.87 seized from account ...3121 in the name of Cathy Gieseker at American Funds.

2. That the aforementioned forfeited property is to be held by the United States Marshal, as indicated, in their secure custody and control.

3. That the United States shall publish notice of this Order and send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture as set forth in Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n).

4. That upon adjudication of all third-party interests, this Court shall amend the Final Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(e)(2)(A) and Title 21, United States Code, Section 853(p)(2), in which all of said substitute property will be ordered forfeited to the United States to be disposed of according to law.

5. That upon the liquidation of all of said property, the proceeds realized shall be applied to satisfy, in part, the remaining balance of Defendant's money judgment.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   13th   day of June, 2011.